**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

UNITED STATES OF AMERICA

Plaintiff,

v.                                                                                    Case No.: 1:26–cr–00117
                                                                                        Honorable Iain D. Johnston

Dashun Brown, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 24, 2026:

      MINUTE entry before the Honorable Iain D. Johnston as to Khiell Dukes (5): Case called for a detention hearing on 4/24/2026. Defendant's oral motion to withdraw his motion for detention hearing is granted. Khiell Dukes (5) remains in custody. As to all defendants: The 5/5/2026 Rule 16.1 Conference deadline remains set. The status hearing set for 6/2/2026 or any other date is now stricken as to all defendants. The government shall contact the Court once an agreed date is determined for all parties to have the next status hearing. (yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.