IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

UNITED STATES OF AMERICA        )
                                )
v.                              )        Case No. 26 CR 117-1
                                )        Judge Ian D. Johnston
DASHUN BROWN, et al.,           )

**MOTION FOR LEAVE TO FILE MOTION TO WITHDRAW
APPEARANCE AND EXHIBIT UNDER SEAL**

Defendant DASHUN BROWN ("Mr. Brown"), by his undersigned C.J.A.
counsel, Nicholas G. Grapsas, ("counsel"), and pursuant to LR 26.2(b), hereby moves
this Court to enter an order allowing Mr. Brown to file his motion to withdraw his
counsel's appearance in this matter under seal, *instanter*. In support of this motion,
Mr. Brown states as follows:

1.      Counsel was appointed to represent Mr. Brown pursuant to the Criminal
Justice Act at his initial appearance on March 23, 2026, on which date his appearance
was also filed. [10 and 13]. Until recently, this case remained sealed with no notices
to counsel, during which it was reassigned twice due to two separate district judges
taking recusals [39 and 53].

2.      On April 23, 2026, counsel was first formally notified that this Court was
assigned this matter by way of the government's circulation of its motion to unseal the
docket, wherein it named this Court as the third and present judge presiding, Judge Ian
D. Johnston. Due to the reassignment to this Court, Mr. Brown and counsel have
determined that withdrawal of counsel's appearance is necessary for several reasons

1

stemming from the Court's previous display of strong disapproval of his undersigned counsel. These reasons have been considered by Mr. Brown, and both he and counsel are therefore moving for his counsel's withdrawal on his behalf in this case.

3.    Specifically, counsel previously litigated a matter before this Court in which he was also appointed as CJA counsel captioned, *United States v. Derrick Mayes*, 22 CR 50012, (N.D.I.L. 2024).  At the conclusion of that matter, the Court submitted an excess voucher request to the Chief Judge of the Court of Appeals which was uploaded to counsel's e-Voucher Documents page, but then later removed. Because that May 17, 2024 Memorandum is "Documentation submitted in support of, or attached to, payment [it] may not be disclosed at any time," thereby prohibiting the discussion of its contents or attachment as an exhibit without the protection of seal with leave of Court.[1]

4.    Importantly, the referenced Memorandum is a document which exhibits critical and clear reasons supporting the motion for withdrawal of counsel's appearance on behalf of Mr. Brown in this matter before this Court.  Therefore, it should be filed under seal, and the motion advancing it should likewise be sealed for a full discussion on the merits.

---

[1] See, *Guide to Judiciary Policy, Vol 7 Defender Services, Part A Guidelines for Administering the CJA and Related Statutes, Chapter 5: Disclosure of Information on CJA-Related Activities*. https://www.uscourts.gov/administration-policies/judiciary-policies/guidelines-administering-cja-and-related-statutes-14.

**WHEREFORE**, for these reasons, Mr. Brown requests that the Court enter an order (1) granting him leave to file his motion to withdraw the appearance of his counsel, with exhibit, under seal, *instanter*; and (2) for all other relief that this Court deems necessary and proper.

DASHUN BROWN

By: **/s/   *Nicholas G. Grapsas***
Nicholas G. Grapsas

Nicholas G. Grapsas
NICHOLAS G. GRAPSAS, LTD.
1630 Colonial Parkway, 2d Floor
Inverness, IL  60067
(847) 963-0100
nick@grapsaslaw.com

## CERTIFICATE OF SERVICE

I, Nicholas G. Grapsas, an attorney, certify that on April 27, 2026, I filed this pleading with the electronic case filing system of the Clerk of Court for the Northern District of Illinois, and that all parties registered therewith and entitled to be served with same, were so served.

**/s/ *Nicholas G. Grapsas***
Nicholas G. Grapsas