**In the United States District Court**
**for the Northern District of Illinois**

**United States of America,**
**Plaintiff,**

**v.**
Dashun Brown
**Defendant.**

**Case number** 26 CR 117 - 1

**Judge** Iain D. Johnston

## CJA APPOINTMENT ORDER
## ORDER APPOINTING COUNSEL UNDER CJA

**Person represented** Dashun Brown

**Under seal?** ☐ **Yes** ☐ **No**

**Defendant number** 1

**Representation type** CC

**Type of person represented** Adult

**Court order** Subs for Panel Attorney

**Payment category** Felony

**Name of Prior Attorney** Nick Graspas

**Name of appointed attorney** Keri A. Ambrosio

**If associate(s) will be used, list names and rate(s) if different from the CJA hourly rate.**

**Signature of Presiding Judge or by Order of the Court**

**4/29/2026**
**Date**

**Nunc Pro Tunc Date:** April 29, 2026 **or** ☐ **None**

## ORDER APPOINTING INTERPRETER UNDER CJA
***Prior authorization shall be obtained for services in excess of $900.***

**Expected to exceed $900?** ☐ **Yes** ☐ **No**
**Prior authorization approved?** ☐ **Yes** ☐ **No** ☐ **Not applicable**

**Signature of Presiding Judge or by Order of the Court**

**Date**

**Nunc Pro Tunc Date:** **or** ☐ **None**