Isaiah is someone who has a genuinely good heart. He cares deeply about his family and has always tried his best to make sure the people he loves are okay. He may not always say how much he cares, but you can see it in the things he does and the sacrifices he makes for his family.

Isaiah has taken on a lot because he wants to provide for the people who depend on him. He works hard, keeps pushing forward, and does what he can to make sure his family has what they need. To me, that says a lot about the kind of person he is. He isn't perfect, but he has a good heart, and his intentions come from wanting to take care of the people he loves.

Family means a lot to Isaiah. He wants to be someone they can count on, someone who can help them through difficult times and be there when they need him. The love he has for his family is one of the things that motivates him to keep going, even when life gets hard.

I believe Isaiah deserves to be seen for more than his mistakes or the difficult moments in his life. He is a person who loves his family, works to provide for them, and wants to build a better future for the people he cares about. There is good in Isaiah, and I hope people can see the heart behind his actions and understand how much his family means to him.

**Darrell Myle**

EXHIBIT

2

# DAWN M. FLORIO
LAW FIRM PLLC
488 Madison Avenue, 20th Floor, New York, NY 10022
dawnfloriolaw.com | dawn@dawnfloriolaw.com | (212) 939-9539


September 22, 2026

*Via Email*

Re: Isaiah Dukes

To Whom It May Concern:

I write this letter in support of Isaiah Dukes, who I previously represented on a legal matter in the Eastern District of New York. Throughout my time representing him I found Mr. Dukes to be an intelligent and kind young man dedicated to making his community a better place. He treated me and all of my staff with the utmost respect.

Mr. Dukes grew up in one of the poorest neighborhoods in Chicago, witnessing violence and crime from a young age; he found his salvation in music, becoming a successful recording artist, and using the money he made from that work to give his family a better life.

Additionally he has never forgotten where he came from, attempting to break cycles of gang activity and violence in his community by providing a positive role model for young people, giving out turkeys on Thanksgiving, doing toy drives at Christmas, and providing young promising musicians with studio time so they can also work towards making a better life for themselves.

However what I found most remarkable is his kindness and charitable spirit. Isaiah is always looking for ways to give back, for places that he can help, be that from giving time or money. He is dedicated to giving his family a better life, and to making sure his nieces and nephews do not have to grow up in the same environment he did. I found him to be a remarkable young man, talented, intelligent, well spoken, willing to admit his mistakes and faults, and to do the work needed to repair them. I cannot give a more positive and glowing recommendation of his character.

EXHIBIT
M

Sincerely,

Dawn M. Florio
Dawn M. Florio Law Firm
488 Madison Ave, 20th Floor
New York, NY 10022